PROB 34
(Rev. 5/01)

Report and Order Terminating Supervised Release

# UNITED STATES DISTRICT COURT

FOR THE

*District of the Northen Mariana Islands*

FILED
Clerk
District Court

SEP 28 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL CS. NO.  96-00021-001 & 98-00046-001 |
| Thomas H. Ramangmau | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **May 4, 2005 for criminal case 96-00021-001 and September 5, 2006 for criminal case 98-00046-001**, I therefore recommend that the defendant be discharged from supervised release for both cases and that the proceedings in each case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __28th__ day of September 2006.

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands